IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MSHIFT, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>DIGITAL INSIGHT CORPORATION, a Delaware corporation, COMMUNITY TRUST FINANCIAL CORPORATION, a Louisiana corporation, and COMMUNITY TRUST BANK, a Louisiana corporation,<br><br>    Defendants.<br>_____/<br>DIGITAL INSIGHT CORPORATION, a Delaware corporation,<br><br>    Counterclaimant,<br><br>  v.<br><br>MSHIFT, INC., a Delaware corporation,<br><br>    Counterdefendant.<br>_____/ | No. C 10-00710 WHA<br><br>**ORDER GRANTING STIPULATED REQUEST TO SHORTEN TIME** |

The parties' stipulated request to shorten time on the recently filed motion to stay is **GRANTED**. The opposition for the pending motion will be due on **MARCH 22, 2010**, and the reply on **MARCH 29, 2010**. The hearing is rescheduled for **8:00 A.M. ON APRIL 8, 2010**.

**IT IS SO ORDERED.**

Dated: March 10, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE