1  JAMES C. YOON, State Bar No. 177155
   jyoon@wsgr.com
2  DAISY POON, State Bar No. 244986
   dpoon@wsgr.com
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
6
   Attorneys for Plaintiff
7  MSHIFT, INC.

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12 MSHIFT, INC., a Delaware corporation,   )   CASE NO.: C10-00710 (WHA)
                                           )
13              Plaintiff,                 )
                                           )   PLAINTIFF MSHIFT, INC.'S ANSWER
14       v.                                )   TO DEFENDANTS AND
                                           )   COUNTERCLAIMANTS
15 DIGITAL INSIGHT CORPORATION, a          )   COMMUNITY TRUST FINANCIAL
   Delaware corporation, COMMUNITY TRUST   )   CORPORATION'S AND
16 FINANCIAL CORPORATION, a Louisiana      )   COMMUNITY TRUST BANK'S
   corporation, and COMMUNITY TRUST BANK,  )   COUNTERCLAIMS
17 a Louisiana corporation,                )
                                           )   DEMAND FOR JURY TRIAL
18              Defendants.                )
                                           )
19                                         )
                                           )
20 _____)
   AND RELATED COUNTERCLAIMS               )
21                                         )
   _____)
22

23

24

25

26

27

28

MSHIFT, INC.'S ANSWER TO COMMUNITY TRUST
FINANCIAL CORPORATION'S AND COMMUNITY
TRUST BANK'S COUNTERCLAIMS
CASE NO. C-10-00710(WHA)

**MSHIFT, INC.'S ANSWER TO COMMUNITY TRUST FINANCIAL CORPORATION'S AND COMMUNITY TRUST BANK'S COUNTERCLAIMS**

1. Plaintiff MShift, Inc. ("MShift"), by its undersigned counsel, hereby responds to counterclaimant Community Trust Financial Corporation's ("CTFC") and Community Trust Bank's ("CTB") counterclaims as follows:

### THE PARTIES

2. Admitted.

3. Admitted.

4. Admitted

### JURISDICTION AND VENUE

5. Admitted.

6. Admitted.

7. Admitted.

8. Admitted.

9. Admitted.

### COUNTERCLAIM I

**(Declaration of Noninfringement)**

10. MShift realleges and incorporates by reference its responses in paragraphs 1 through 9, inclusive, as though fully set forth herein.

11. MShift denies the allegations set forth in paragraph 11.

12. MShift denies the allegations set forth in paragraph 12.

### COUNTERCLAIM II

**(Declaration of Invalidity)**

13. MShift realleges and incorporates by reference its responses in paragraphs 1 through 12, inclusive, as though fully set forth herein.

14. MShift denies the allegations set forth in paragraph 14.

15. MShift denies the allegations set forth in paragraph 15.

MSHIFT, INC.'S ANSWER TO COMMUNITY TRUST FINANCIAL CORPORATION'S AND COMMUNITY TRUST BANK'S COUNTERCLAIMS
CASE NO. C-10-00710(WHA)

-1-

3917669_1.DOC

**PRAYER FOR RELIEF**

16. MShift denies that CTFC and CTB are entitled to any relief, and specifically deny each allegation and prayer for relief alleged in paragraphs a) through f) of CTFC and CTB's Prayer for Relief.

Dated: April 8, 2010

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ James C. Yoon
　　　　　James C. Yoon

Attorneys for Plaintiff
MSHIFT, INC.

MSHIFT, INC.'S ANSWER TO COMMUNITY TRUST FINANCIAL CORPORATION'S AND COMMUNITY TRUST BANK'S COUNTERCLAIMS
CASE NO. C-10-00710(WHA)

-2-

3917669_1.DOC