JAMES C. OTTESON, Bar No. 157781
jim@agilityiplaw.com
AGILITY IP LAW
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone:  (408) 291-2750
Facsimile:   (408) 297-6000

Attorneys for Plaintiff
MSHIFT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MSHIFT, INC., a Delaware Corporation,<br><br>                Plaintiff,<br><br>vs.<br><br>DIGITAL INSIGHT CORPORATION, a Delaware Corporation, COMMUNITY TRUST FINANCIAL GROUP, a Louisiana Corporation, and COMMUNITY TRUST BANK, a Louisiana Corporation,<br><br>                Defendants. | Case No. C10-00710 WHA<br><br>**NOTICE OF APPEARANCE OF COUNSEL, JAMES C. OTTESON, AGILITY IP LAW ON BEHALF OF PLAINTIFF MSHIFT, INC.** |

1   PLEASE TAKE NOTICE that James C. Otteson of Agility IP Law hereby enters his

2   appearance as counsel of record on behalf of Plaintiff, MSHIFT, INC. in the above-captioned case

3   as follows:

4       James C. Otteson
    Agility IP Law
5       303 Almaden Blvd., Suite 500
    San Jose, California 95110
6       Bus:   (408) 291-2750
    Email: jim@agilityiplaw.com

7

8   Pursuant to General Order 45, copies of all briefs, motions, orders, correspondence, and

9   other papers filed by or with the Court may be electronically served on James C. Otteson at the

10  above-listed electronic mail address.

11

12  Date:  April 14, 2010                    Respectfully submitted,

13                                           AGILITY IP LAW

14

15                                           /s/James C. Otteson
                                             James C. Otteson

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF APPEARANCE BY                -1-                        CASE NO. 10-00710 WHA
AGILITY IP LAW