UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mshift INC.,<br><br>            Plaintiff(s),<br><br>    v.<br><br>DIGITAL INSIGHT CORP., et al.,<br><br>            Defendant(s). | No. C10-0710 WHA (BZ)<br><br>**ORDER SCHEDULING TELEPHONIC CONFERENCE RE DEVISING A SETTLEMENT CONFERENCE SCHEDULE FOR PATENT CASE** |

   This case has been assigned to me to conduct a settlement conference.  **IT IS HEREBY ORDERED** that a telephonic hearing is scheduled for **Thursday, May 27, 2010 at 1:30 p.m.,** to discuss the settlement process.  Counsel shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the telephonic conference call.  In preparation for that conference, the parties shall familiarize themselves with my form of settlement conference order for patent cases which can be found on the court's website at **www.cand.uscourts.gov.**

Dated: May 18, 2010

                                    _____
                                           Bernard Zimmerman
                                    United States Magistrate Judge

G:\BZALL\-REFS\REFS.2010\MSHIFT V. DIGITAL INSIGHT\STATUS CONFERENCE ORD.wpd