JAMES C. OTTESON, State Bar No. 157781
jim@agilityiplaw.com
Agility IP Law
303 Almaden Blvd, Suite 500
Telephone: (408) 291-2750
Facsimile: (408) 297-6000

DANIEL J. BERGESON, State Bar No. 105439
dbergeson@be-law.com
MELINDA M. MORTON, State Bar No. 209373
mmorton@be-law.com
Bergeson, LLP
303 Almaden Blvd., Suite 500
San Jose, CA 95110
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

Attorneys for Plaintiff
MSHIFT, INC.

ANDREW VALENTINE, Bar No. 162094
andrew.valentine@dlapiper.com
BRENT YAMASHITA, Bar No. 206890
brent.yamashita@dlapiper.com
ERIK R. FUEHRER, Bar No. 252578
erik.fuehrer@dlapiper.com
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA 94303-2214
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for Defendants and Counterclaimants
DIGITAL INSIGHT CORPORATION,
COMMUNITY TRUST FINANCIAL
CORPORATION and COMMUNITY TRUST
BANK

RODGER R. COLE, Bar No. 178865
rcole@fenwick.com
HEATHER N. MEWES, Bar No. 203690
hmewes@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

Attorneys for Defendant and Counterclaimant
DIGITAL INSIGHT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MSHIFT, INC., a Delaware Corporation, <br><br>Plaintiff, <br><br>v. <br><br>DIGITAL INSIGHT CORPORATION, a Delaware corporation, COMMUNITY TRUST FINANCIAL CORPORATION, a Louisiana corporation, and COMMUNITY TRUST BANK, a Louisiana corporation, <br><br>Defendants. <br><br>AND RELATED COUNTERCLAIMS | CASE NO. C10-00710 (WHA) <br><br>[~~PROPOSED~~] ORDER RE SCHEDULE FOR CLAIM CONSTRUCTION |

Pursuant to the Case Management Order and Reference to Magistrate Judge for Mediation/Settlement entered on May 14, 2010 ("CMC Order") (Docket Number 64), Plaintiff MShift, Inc. and Defendants Digital Insight Corporation, Community Trust Financial Corporation, and Community Trust Bank (collectively, "Defendants") submit the following proposed schedule for deadlines related to claim construction in this matter:

| Date | Event |
| --- | --- |
| 6/23/10 | Invalidity Contentions |
| 7/7/10 | Exchange Proposed Claim Terms for Construction |
| 7/21/10 | Exchange Preliminary Claim Constructions and Extrinsic Evidence |
| 8/4/10 | Joint Claim Construction and Prehearing Statement |
| 8/25/10 | Opening Claim Construction Brief |
| 9/8/10 | Responsive Claim Construction Brief |
| 9/15/10 | Reply Claim Construction Brief |
| 9/29/10 | Claim Construction Hearing (per CMC Order) |

The parties have not been able to reach an agreement on a date for the Claim Construction Discovery Cutoff.

Defendants propose 7/28/10 for the Claim Construction Discovery Cutoff. This is one week after the parties exchange preliminary claim constructions and extrinsic evidence, including the identification of any expert witness testimony a party intends to rely upon under Patent Local Rule 4-2(b). Counsel for the Defendants believe that depositions often are unnecessary on claim construction issues, but that if any are necessary, they can be conducted prior to or on 7/28/10.

Plaintiff proposes 8/18/10 for the Claim Construction Discovery Cutoff. Defendants have informed Plaintiff that they intend to have their motion for summary judgment on noninfringement heard on August 12, which means that Plaintiff's summary judgment opposition brief will be due on July 29, one day after Defendants' proposed Claim Construction Discovery Cutoff. Defendants' proposed schedule will put Plaintiff at a disadvantage, because Plaintiff's counsel will be forced to finalize the summary judgment opposition brief while simultaneously attempting to research and depose Defendants' experts. Plaintiff's cutoff date is a week before

the opening brief is due, and three weeks before Defendants' responsive Claim Construction brief is due. This later date allows Plaintiff's counsel to focus on Defendants' early summary judgment motion and then have an opportunity to depose Defendants' claim construction experts. Plaintiff will be happy to agree to schedule any such depositions so as to allow Defendants time to finalize their reply on their summary judgment brief, which will be due on August 5. There is simply no need to compress the discovery timeline as much as Defendants propose. Therefore, as Defendants have not identified any prejudice from the August 18 Cutoff date, and Plaintiff has demonstrated that it would be prejudiced by the July 28 Cutoff date, Plaintiff respectfully requests that the Court enter the August 18 Cutoff date.

DATED: June 1, 2010         /s/ Brent Yamashita
                            ANDREW VALENTINE
                            BRENT YAMASHITA
                            ERIK FUEHRER

                            Attorneys for Defendants and Counterclaimants DIGITAL INSIGHT CORPORATION, COMMUNITY TRUST FINANCIAL CORPORATION, and COMMUNITY TRUST BANK

DATED: June 1, 2010          /s/ Melinda Morton
                            JAMES OTTESON
                            DANIEL BERGESON
                            MELINDA MORTON

                            Attorneys for Plaintiff MSHIFT, INC.

1  The Court adopts the schedule proposed by the parties and orders that the Claim
2  Construction Discovery Cutoff shall be  August 11, 2010 ** .

3  **IT IS SO ORDERED.**

4

5  DATED: June 2, 2010.

6  Honorable
   United Sta[tes]

7

8  ** Counsel shall also note that the amended
   case management scheduling order (Dkt. No.
9  69) erroneously stated that the technology
   tutorial was to be held on June 22.  The correct
10 date and time of the technology tutorial, as set
   by the undersigned at the case management
11 conference, is at **1:30 p.m. on September 22.**



APPROVED
Judge William Alsup
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA