IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MSHIFT, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>DIGITAL INSIGHT CORPORATION, a Delaware corporation, COMMUNITY TRUST FINANCIAL CORPORATION, a Louisiana corporation, and COMMUNITY TRUST BANK, a Louisiana corporation,<br><br>    Defendants.<br>_____/<br>DIGITAL INSIGHT CORPORATION, a Delaware corporation,<br><br>    Counterclaimant,<br><br>  v.<br><br>MSHIFT, INC., a Delaware corporation,<br><br>    Counterdefendant.<br>_____/ | No. C 10-00710 WHA<br><br>**QUESTIONS FOR COUNSEL REGARDING PENDING MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT** |

Counsel for all interested parties shall file **BY NOON ON JUNE 14, 2010**, in five double-spaced pages or less, responses to the following questions:

1.   Whether plaintiff should be required to specify in detail the factual basis for the assertion that the proposed defendants infringe the patent-in-suit, specifying each claim asserted,

1  explaining why each limitation thereof is met in the accused product(s), and specifically
2  identifying each accused product *before* the undersigned rules on the pending motion.
3      2.      Whether, if enlargement of the action is permitted, invalidity issues should be
4  decided first with all other infringement issues held in abeyance, the reason being that there would
5  be no cause to impose the burden of litigation upon so many new parties if the patent is found to be
6  invalid.

**IT IS SO ORDERED.**

Dated:  June 7, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE