JAMES C. OTTESON, Bar No. 157781
jim@agilityiplaw.com
Agility IP Law
303 Almaden Blvd, Suite 500
Telephone: (408) 291-2750
Facsimile: (408) 297-6000

DANIEL J. BERGESON, Bar No. 105439
dbergeson@be-law.com
MELINDA M. MORTON, Bar No. 209373
mmorton@be-law.com
Bergeson, LLP
303 Almaden Blvd., Suite 500
San Jose, CA 95110
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

Attorneys for Plaintiff
MSHIFT, INC.

ANDREW VALENTINE, Bar No. 162094
andrew.valentine@dlapiper.com
BRENT YAMASHITA, Bar No. 206890
brent.yamashita@dlapiper.com
ERIK R. FUEHRER, Bar No. 252578
erik.fuehrer@dlapiper.com
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA  94303-2214
Tel:  650.833.2000
Fax:  650.833.2001

Attorneys for Defendants and Counterclaimants
DIGITAL INSIGHT CORPORATION,
COMMUNITY TRUST FINANCIAL
CORPORATION & COMMUNITY TRUST BANK

RODGER R. COLE, Bar No. 178865
rcole@fenwick.com
HEATHER N. MEWES, Bar No. 203690
hmewes@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:  650.988.8500
Facsimile:  650.938.5200

Attorneys for Defendant and Counterclaimant
DIGITAL INSIGHT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MSHIFT, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>DIGITAL INSIGHT CORPORATION, a Delaware corporation, COMMUNITY TRUST FINANCIAL CORPORATION, a Louisiana corporation, and COMMUNITY TRUST BANK, a Louisiana corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | CASE NO.  C10-00710 (WHA)<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER GRANTING PLAINTIFF LEAVE TO SERVE AMENDED INFRINGEMENT CONTENTIONS** |

DLA Piper LLP (US)
East Palo Alto

WEST\22051563.1       STIPULATION AND [~~PROPOSED~~] ORDER GRANTING PLAINTIFF LEAVE TO SERVE
AMENDED INFRINGEMENT CONTENTIONS, CASE NO. C10-00710 (WHA)

1     Plaintiff MShift, Inc. ("MShift") and Defendants Digital Insight Corporation ("DI"),
2 Community Trust Financial Corporation, and Community Trust Bank hereby agree that MShift
3 will be permitted to serve amended infringement contentions pursuant to Patent Local Rule 3-6
4 within one business day after the Court enters this Stipulation and Proposed Order.  There is good
5 cause for this Stipulation and Proposed Order, including:  (1) The amendment is occurring at an
6 early stage in the litigation; (2) DI and Mobile Money Ventures ("MMV") produced documents
7 on May 7, 2010 (20 days before MShift's infringement contentions were due), and MShift's
8 position is that it needed more time to review and analyze the documents to include references to
9 them in its contentions; and (3) all parties agree that it is in their best interests for MShift to
10 amend its contentions to refer to documents produced by DI/MMV and to provide additional
11 detail on certain points.

12     IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

13 DATED:  June 11, 2010      /s/ Brent Yamashita
14     ANDREW VALENTINE
    BRENT YAMASHITA
15     ERIK FUEHRER

16     Attorneys for Defendants and Counterclaimants DIGITAL
    INSIGHT CORPORATION, COMMUNITY TRUST
17     FINANCIAL CORPORATION, and COMMUNITY
    TRUST BANK
18

19 DATED: June 11, 2010      /s/ James Otteson
20     JAMES OTTESON
    DANIEL BERGESON
21     MELINDA MORTON

22     Attorneys for Plaintiff MSHIFT, INC.

DLA P IPER LLP (US)
E AST P ALO A LTO

WEST\22051563.1

-1-
STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFF LEAVE TO SERVE
AMENDED INFRINGEMENT CONTENTIONS, CASE NO. C10-00710 (WHA)

1   PURSUANT TO STIPULATION, IT IS SO ORDERED.

3   DATED: June 14, 2010.

4   _____
    Honorable William H. Alsup
    United States District Judge

*APPROVED*
*Judge William Alsup*

DLA Piper LLP (US)
East Palo Alto

WEST\22051563.1

-2-
STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFF LEAVE TO SERVE AMENDED INFRINGEMENT CONTENTIONS, CASE NO. C10-00710 (WHA)