JAMES C. OTTESON, Bar No. 157781
jim@agilityiplaw.com
Agility IP Law
303 Almaden Blvd, Suite 500
Telephone: (408) 291-2750
Facsimile: (408) 297-6000

DANIEL J. BERGESON, Bar No. 105439
dbergeson@be-law.com
MELINDA M. MORTON, Bar No. 209373
mmorton@be-law.com
Bergeson, LLP
303 Almaden Blvd., Suite 500
San Jose, CA 95110
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

Attorneys for Plaintiff
MSHIFT, INC.

ANDREW VALENTINE, Bar No. 162094
andrew.valentine@dlapiper.com
BRENT YAMASHITA, Bar No. 206890
brent.yamashita@dlapiper.com
ERIK R. FUEHRER, Bar No. 252578
erik.fuehrer@dlapiper.com
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA 94303-2214
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for Defendants and Counterclaimants
DIGITAL INSIGHT CORPORATION, COMMUNITY TRUST FINANCIAL CORPORATION & COMMUNITY TRUST BANK

RODGER R. COLE, Bar No. 178865
rcole@fenwick.com
HEATHER N. MEWES, Bar No. 203690
hmewes@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

Attorneys for Defendant and Counterclaimant
DIGITAL INSIGHT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MSHIFT, INC., a Delaware Corporation,

Plaintiff,

v.

DIGITAL INSIGHT CORPORATION, a Delaware corporation, COMMUNITY TRUST FINANCIAL CORPORATION, a Louisiana corporation, and COMMUNITY TRUST BANK, a Louisiana corporation,

Defendants.

AND RELATED COUNTERCLAIMS

CASE NO. C10-00710 (WHA)

**STIPULATION AND ~~[PROPOSED]~~ ORDER GRANTING DEFENDANTS LEAVE TO FILE AMENDED ANSWERS AND COUNTERCLAIMS**

DLA PIPER LLP (US)
EAST PALO ALTO

WEST\21977182.1
368766-000010

STIPULATION AND ~~[PROPOSED]~~ ORDER GRANTING DEFENDANTS LEAVE TO FILE AMENDED ANSWERS AND COUNTERCLAIMS, CASE NO. C10-00710 (WHA)

WHEREAS the Amended Case Management Order and Reference to Magistrate Judge for Mediation/Settlement entered on May 20, 2010 (Docket No. 69), established a deadline of May 27, 2010, for the parties to seek leave to add any new parties or pleading amendments, and

WHEREAS Defendants Digital Insight Corporation, Community Trust Financial Corporation, and Community Trust Bank (collectively, "Defendants") intend to seek leave to file amended answers and counterclaims to add new defenses and counterclaims, and

WHEREAS Plaintiff MShift, Inc. ("Plaintiff") has filed a Motion for Leave to File First Amended Complaint that will be heard by the Court on June 3, 2010, and

WHEREAS Defendants are opposing Plaintiff's Motion except as to Plaintiff's request to add Mobile Money Ventures as a defendant,

Plaintiff and Defendants hereby STIPULATE that:

Plaintiff will be permitted to assert the claims contained in its Counterclaims-In-Reply filed on March 29, 2010, in its First Amended Complaint and to modify the language of those claims as long as Plaintiff does not add new causes of action; and

Defendants will be permitted to file amended answers and counterclaims to add new defenses and counterclaims previously disclosed to MShift on May 26, 2010, in response to Plaintiff's First Amended Complaint under the normal timeframe established by the Federal Rules of Civil Procedure;

-1-

DLA PIPER LLP (US)
EAST PALO ALTO

WEST\21977182.1
368766-000010

STIPULATION AND [PROPOSED] ORDER GRANTING DEFENDANTS LEAVE TO FILE AMENDED ANSWERS AND COUNTERCLAIMS, CASE NO. C10-00710 (WHA)

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: May 27, 2010

/s/ Brent Yamashita
ANDREW VALENTINE
BRENT YAMASHITA
ERIK FUEHRER

Attorneys for Defendants and Counterclaimants DIGITAL INSIGHT CORPORATION, COMMUNITY TRUST FINANCIAL CORPORATION, and COMMUNITY TRUST BANK

DATED: May 27, 2010

/s/ Melinda Morton
JAMES OTTESON
DANIEL BERGESON
MELINDA MORTON

Attorneys for Plaintiff MSHIFT, INC.

-2-

DLA PIPER LLP (US)
EAST PALO ALTO

WEST\21977182.1
368766-000010

STIPULATION AND ~~[PROPOSED]~~ ORDER GRANTING DEFENDANTS LEAVE TO FILE AMENDED ANSWERS AND COUNTERCLAIMS, CASE NO. C10-00710 (WHA)

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: June 17, 2010.

Honorable
United S

UNITED STATES DISTRICT COURT
APPROVED
Judge William Alsup
NORTHERN DISTRICT OF CALIFORNIA

-3-

DLA PIPER LLP (US)
EAST PALO ALTO

WEST\21977182.1
368766-000010

STIPULATION AND [PROPOSED] ORDER GRANTING DEFENDANTS LEAVE TO FILE AMENDED ANSWERS AND COUNTERCLAIMS, CASE NO. C10-00710 (WHA)