UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mshift INC.,<br>　　　　Plaintiff(s),<br>　v.<br>DIGITAL INSIGHT CORP., et al.,<br>　　　　Defendant(s). | No. C10-0710 WHA (BZ)<br><br>**ORDER FOR FURTHER**<br>**SETTLEMENT DISCUSSIONS** |

Following telephonic discussions with counsel for the various parties, **IT IS HEREBY ORDERED** that no later than **July 26, 2010**, the principals meet again to continue their settlement discussions. Defendants shall decide whether Mr. Yuk needs to appear in person. The Court expects the defendants to present a counter proposal at this meeting. If the principals cannot agree on where to meet, the parties shall immediately notify the Court, setting forth their respective proposals, and the Court will select a meeting place.

Dated: July 12, 2010

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-REFS\REFS.2010\MSHIFT V. DIGITAL INSIGHT\ORDER FOR FURTHER SETT DISCUSSIONS.wpd

1