ANDREW VALENTINE, Bar No. 162094
andrew.valentine@dlapiper.com
BRENT YAMASHITA, Bar No. 206890
brent.yamashita@dlapiper.com
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA 94303-2214
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for Certain Defendants and Counterclaimants

[Names of Represented Parties and Additional Counsel Listed After Signature Block]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MSHIFT, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>DIGITAL INSIGHT CORPORATION d/b/a INTUIT FINANCIAL SERVICES, a Delaware corporation; COMMUNITY TRUST BANK, a Louisiana corporation; MOBILE MONEY VENTURES, LLC, a Delaware Limited Liability corporation; MERITRUST CREDIT UNION, a Kansas corporation; PROFESSIONAL FEDERAL CREDIT UNION, an Indiana corporation; SANFORD INSTITUTION FOR SAVINGS, a Maine corporation; FORT WORTH COMMUNITY CREDIT UNION, a Texas corporation; USE CREDIT UNION, a California corporation; GATE CITY BANK, a Minnesota corporation; BUSEY BANK, an Illinois corporation; DENSION STATE BANK, a Kansas corporation; FIDELITY BANK, a Massachusetts corporation; FIRST INTERNET BANK OF INDIANA, an Indiana corporation; and VISION BANK, a Florida corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | CASE NO. C10-00710 (WHA)<br><br>**DECLARATION OF PETER BUCKNER IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON NON-INFRINGEMENT OF MSHIFT'S U.S. PATENT NO. 6,950,881**<br><br>Date:      August 12, 2010<br>Time:     8:00 a.m.<br>Dept:      Courtroom 9, 19th Floor<br>Judge:    Hon. William H. Alsup<br><br>Complaint Filed:   February 19, 2010<br><br>**[REDACTED – PUBLIC VERSION]** |

DLA PIPER LLP (US)
EAST PALO ALTO

WEST\22064386.1
368766-000010

-1-

BUCKNER DECLARATION IN SUPPORT OF MOTION FOR SUMMARY
JUDGMENT OF NONINFRINGEMENT / CASE NO. C10-00710 (WHA)

I, Peter Buckner, hereby declare and state as follows:

1. I have personal knowledge of the facts stated herein and, if called as a witness, could and would competently testify thereto.

2. I am the Vice President of Engineering at Mobile Money Ventures ("MMV"). I have a B.A. in Economics with Computer Science from Williams College and an M.S. in Computer Science from Stanford University. I have over 25 years of industry experience at companies such as AT&T Bell Laboratories and TCSI.

### A. Overview of the MMV Mobile Banking Product

3. Defendant Digital Insight ("DI") provides online banking websites ("DI Internet Banking Sites") for various financial institutions.

4. To provide optimal service to mobile devices, DI uses a mobile solution designed by MMV and MMV's vendor, Defendant SK C&C. Specifically, MMV and/or SK C&C create a mobile banking website ("MMV Mobile Site") for each of DI's financial institution customers who purchase the service, including the twelve financial institution defendants in this lawsuit. Each MMV Mobile Site is a separate website from the DI Internet Banking Site for a particular financial institution. The financial institutions are not involved in the design or operation of the MMV Mobile Sites, aside from sometimes selecting logos and colors to be used.

5. As further described below, the MMV Mobile Sites are designed and coded separately and apart from the regular DI Internet Banking Sites. The MMV Mobile Sites reside on separate computer servers from the servers running the DI Internet Banking Sites and have unique and different Uniform Resource Locators, or "URLs," to access them.

6. For example, the DI Internet Banking Site for the USE Credit Union is associated with the URL https://www.usecu.org/home/home while the MMV Mobile Site for the USE Credit Union is associated with the URL m.diginsite.com/usecu. Each of these URLs points to a different server, the first one to the server hosting the DI Internet Banking Site for USE Credit Union (IP Address 208.35.189.195) and the second one to the server hosting the MMV Mobile Site for USE Credit Union (IP Address 208.68.43.6).

7. The DI Internet Banking Site and the MMV Mobile Site for USE Credit Union

1  each can be accessed by a normal desktop browser like any other website as shown in the
2  following screen shots:

 

**DI Internet Banking Site**
https://www.usecu.org/home/home
(From Desktop)

**MMV Mobile Site**
https://m.diginsite.com/usecu/
(From Desktop)

8.  Because MMV Mobile Sites are specially suited for viewing on small screens, a customer accessing an account from a mobile device normally will access the MMV Mobile Site, not the DI Internet Banking Site for a particular financial institution. During operation, the mobile device sends its requests to the MMV Mobile Site and receives the requested content from the MMV Mobile Site. This Site is accessed via a Uniform Resource Locator or "URL" such as "m.diginsite.com/bankname/."

9.  The following screen shots illustrate the usability of an MMV Mobile Site on a mobile device:

 

**MMV Mobile Site**
https://m.diginsite.com/usecu/
(From Desktop Computer)

**MMV Mobile Site**
https://m.diginsite.com/usecu/
(From Mobile Device, as shown in MShift's Amended Infringement Contentions)

10. The screen shot above on the left shows the login page for the MMV Mobile Site for USE Credit Union displayed on a desktop browser, and the screen shot on the right shows the same page displayed on an iPhone.

**B.    The Process Used to Created MMV Mobile Sites**

11. MMV and SK C&C use, and have used, the procedure described in the paragraphs that follow to create each MMV Mobile Site.

12. MMV and SK C&C follow a template that they use in all MMV Mobile Sites for DI customers. This template is set forth in three primary documents. The first document is the MMV User Interface Guide, which establishes the "look and feel" of the MMV Mobile Sites. Because MMV and SK C&C follow this Guide, all of the MMV Mobile Sites for DI tend to look the same, aside from differences in logo and colors. A true and correct copy of the MMV User Interface Guide is attached hereto as Exhibit 1.

13. The second document is the DI Wireframe, which establishes the basic architecture of the MMV mobile banking sites and describes the contents of each page in a site. A true and correct copy of the DI Wireframe is attached hereto as Exhibit 2.

14. The third document is the MMV Functional Specification for DI. This

Specification describes the functionality of each page in an MMV mobile banking site. A true and correct copy of the MMV Functional Specification is attached hereto as <u>Exhibit 3</u>.

15. Exhibits 1-3 establish a common design for all MMV Mobile Sites for DI. For example, Exhibit 1 (the User Interface Guide) specifies that the "home" page for an MMV mobile banking website will contain the financial institution's logo and text boxes for User ID and Password, as shown in middle of the following excerpt:

**01_Common Color**

- **A** Hyperlinked texts (blue): #3953A4
- **B** Contents texts (black): #000000
- **C** Contents texts (gray 80%): #58595B
- **D** Error messages (red): #ED1C24
- **E** Box border (gray 80%): #58595B
- **F** Line default: #000000
- **G** Light gray boxes: D1D3D4




Exhibit 1 at MMV0000318. All of the MMV Mobile Sites created for DI follow this design. For example, the login page for the MMV Mobile Site for CTB is the following:

16. Exhibit 2 (the Wireframe) shows all possible Web pages within an MMV Mobile Site for DI and how each page is accessed within the site:

> Redacted

MMV0000297. Each box in this diagram represents a Web page or a tab on a Web page. For example, a user will start with the "Login" screen. After entering the User ID and Password, the site will then display the "MFA challenge" screen, which asks the user a security question. If the user answers the security question correctly, the site will then display a page with three tabs: "Home/Accounts," "Transfers," and "Bill Pay."

17.     An MMV or SK C&C engineer will use the template to create a mobile website for a specific financial institution. While the template has some correspondence to the DI Internet Banking Sites, because the MMV Mobile Sites are designed to provide similar functionality, the MMV Mobile Sites are separate sites from the DI Internet Banking Sites. The only characteristics of the MMV Mobile Sites that change from customer to customer are the logo of the customer and the color scheme, as well as certain options such as a "Rates" page.

C.     **The Use of Input Entries on the Pages of MMV Mobile Sites**

18.     Exhibits 1-3 specify the user interface features to be programmed into the mobile website, including features such as links, text boxes, and menus. The MMV or SK C&C programmer creates source code that determines which of these features are used and where they

DLA Piper LLP (US)
East Palo Alto

WEST\22064386.1
368766-000010

-6-
BUCKNER DECLARATION IN SUPPORT OF MOTION FOR SUMMARY
JUDGMENT OF NONINFRINGEMENT / CASE NO. C10-00710 (WHA)

appear in the mobile web site. None of the input entries on the MMV Mobile Sites, such as the multiple text entry fields that allow a user to login to each site, was "converted" or "translated," from any online banking site. There is no need to do this because input entries already exist in pages on the MMV Mobile Site.

19. The MMV Mobile Sites are designed to obtain customer data from the DI Internet Banking Site for that particular financial institution, such as account number, payee names, balance, payment history, and other banking data. This information is then incorporated into the Web page requested from the MMV Mobile Site and is sent to the mobile device.

20. For example, if a Community Trust Bank customer accesses the MMV Mobile Site for Community Trust Bank, the MMV Mobile Site will obtain that customer's data from the DI Internet Banking Site for Community Trust Bank. However, the MMV Mobile Sites do not obtain user interface features from the DI Internet Banking Site or elsewhere. User interface features are all specified by MMV. Only the customer *data*, bank *data* (contact phone numbers, for example), and error messages are obtained from the DI Internet Banking Sites.

21. The content provided to the mobile device by the MMV Mobile Site is in the same form and in the same HTML language as the MMV Mobile Site from which it was requested. The input entries on the MMV Mobile Site and the mobile device therefore appear exactly the same. This is apparent when one compares pages from an MMV Mobile Site viewed on a desktop computer and on a mobile device. In both cases, the input entries (such as the pull down menus and text boxes) appear in both screens, showing that these input entries are not restructured in any way when viewed on a mobile device:






**MMV Mobile Site**
https://m.diginsite.com/usecu/
(From Desktop Computer)

**MMV Mobile Site**
https://m.diginsite.com/usecu/
(From Mobile Device)

22. As shown above, the customer's mobile device displays the MMV Mobile Site (in the right column) just as it would appear in a normal desktop browser (in the left column).

23. None of the input entries that appear on MMV Mobile Sites, such as text boxes or

-8-

DLA PIPER LLP (US)
EAST PALO ALTO

WEST\22064386.1
368766-000010

1  menus, were "converted" or "translated," from similar features on DI Internet Banking Sites.
2  Similarly, none of the links on MMV Mobile Sites were created by restructuring input entries on
3  the DI Internet Banking Sites as alleged by MShift. There is no need to do so as these input
4  entries already exist in the Web page on the MMV Mobile Site.

5      24.    I have examined the following screen shot from page 58 of MShift's Amended
6  Infringement Contentions which appears to be a page from the DI Internet Banking Site for USE
7  Credit Union:



27      25.    I also have examined the source code that generates the MMV Mobile Site for
28  USE Credit Union. The only data shown on the above page in the "Make Payments" section that

-9-

DLA PIPER LLP (US)  
EAST PALO ALTO

WEST\22064386.1  
368766-000010

BUCKNER DECLARATION IN SUPPORT OF MOTION FOR SUMMARY  
JUDGMENT OF NONINFRINGEMENT / CASE NO. C10-00710 (WHA)

the MMV Mobile Site for USE Credit Union obtains from the DI Internet Banking Site for USE Credit Union are the names of payees ("Catherine Ptak," "Eric Buchbinder," "Karl Moeller," "Rob Robinson Test," and "Scott Moeller"), the amounts and dates of last payment ("Last paid: $1.00 on 03/12/2010," "Pending $5.00 on 06/25/2010," and "Last paid: $1.00 on 03/18/2010"), and the account name and number ("Checking *0365"). The MMV Mobile Site obtains the names of payees and amounts and dates of last payment by pulling data from links and plain text in the DI Internet Banking Site. The MMV Mobile Site obtains the account name and number from a pull-down menu on the DI Internet Banking Site, and the account name and number are then used in a pull-down menu (not a selectable link) that appears on the MMV Mobile Site. The MMV Mobile Site does not obtain any input entries from the DI Internet Banking Site (such as the text boxes or pull-down menus) that are restructured into selectable links on the MMV Mobile Site.

26. The above screen shot shows text boxes for amount and date in the "Make a Payment" section of the DI Internet Banking Site, and similar text boxes do appear on the MMV Mobile Site. However, the text boxes on the MMV Mobile Site are not created or restructured from the text boxes on the DI Internet Banking Site. Rather, the text boxes appear on the MMV Mobile Site because MMV decided to put them there. If the DI Internet Banking Site were to remove these text boxes from their site, the MMV Mobile Site would still continue to show these text boxes.

27. In addition to the data from the "Make Payments" section, the entire universe of data extracted from all DI Internet Banking Sites for display on any MMV Mobile Site consists of session IDs, authentication challenge questions, user name, account names, account numbers, account balances, transaction information (historical and scheduled), account names of payees (historical and scheduled), dates and amounts of last payments to payees, bank contact, rates and ATM information, and status codes.

### D. How Links Are Created in MMV Mobile Banking Sites

28. During operation of an MMV Mobile Site, the end user can navigate through the various pages of the MMV Mobile Site. As mentioned above, each MMV Mobile Site has a

-10-

1  discrete number of different web pages (such as the login page, account balance page, etc.). These web pages contain links in various places. All links in all MMV Mobile Sites exist because during the development of the site, an MMV or SK C&C programmer elected to put a link in that particular location based on the common design set forth in Exhibits 1-3. Thus, the links are established in MMV source code well before the MMV Mobile Site is ever used by a customer.

29. The names of the links are generated dynamically based on data obtained from the DI Internet Banking Site (such as account balance or payee names). However, the links themselves *are not* the result of any conversion or restructuring of any features that allow a user to enter information into a page on a DI online banking site, such as text boxes or menus.

E. **The Language Used by the DI Internet Banking Sites and Mobile Devices Accessing the MMV Mobile Sites**

30. As discussed previously, the servers running the MMV Mobile Sites do interact with DI Internet Banking Sites to obtain user bank account data. In doing so, the MMV servers obtain the same website output code that would be generated when a user accesses the DI Internet Banking Site from a desktop computer. All of the pages from DI Internet Banking Sites from which MMV Mobile Sites obtain user data are dynamic HTML.

31. All MMV Mobile Sites also output dynamic HTML code for use by users (mobile or otherwise), such as the end customers of DI's financial institution customers. This is shown in the various "style sheets" used by MMV. The style sheets dictate the format of the code that is sent to a requesting device. MMV uses several different style sheets, each of which is tailored to a specific small screen size. I have inspected all of the style sheets used by MMV for the mobile banking sites for DI, and I have confirmed that all of the style sheets output code in the HTML language. True and correct copies of all of the style sheets used by MMV Mobile Sites are attached hereto as Exhibit 4.

32. MMV datasheets do sometimes suggest that sites developed by MMV can operate with mobile devices running any language. These datasheets are marketing material provided to customers and potential customers. The intention of these datasheets is to convey to the audience

-11-

DLA PIPER LLP (US)
EAST PALO ALTO
WEST\22064386.1
368766-000010
BUCKNER DECLARATION IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT / CASE NO. C10-00710 (WHA)

that our websites *could* be designed to output any language in addition to HTML (such as WML) if a customer asked MMV to support that language. However, to date, none of the customers of the MMV Mobile Sites for DI has asked us to support languages other than HTML, and we have not designed any of the sites to actually output code in a language other than HTML. If a user attempts to access an MMV Mobile Site using a mobile device that uses a language other than HTML (such as WML), then it will obtain an error message and will be unable to use the site. The only mobile devices supported by MMV for the MMV Mobile Sites use HTML.

    33. I am familiar with the features of several modern mobile devices because MMV designs its products with the end user in mind. All modern mobile devices that I am aware of (and the one's supported by MMV for DI), including the iPhone, Android, and Blackberry, use an HTML browser.

    34. In short, the MMV Mobile Sites output code in the same language used by the pages in the DI Internet Banking Sites from which the MMV Mobile Sites obtain data: dynamic HTML.

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on July 1, 2010, in San Mateo, California.

*Peter Buckner*

| | |
|---|---|
| 1 | List of Counsel Submitting Declaration: |
| 2 | ANDREW VALENTINE, Bar No. 162094 |
|   | andrew.valentine@dlapiper.com |
| 3 | BRENT YAMASHITA, Bar No. 206890 |
|   | brent.yamashita@dlapiper.com |
| 4 | ERIK R. FUEHRER, Bar No. 252578 |
|   | erik.fuehrer@dlapiper.com |
| 5 | DLA PIPER LLP (US) |
|   | 2000 University Avenue |
| 6 | East Palo Alto, CA  94303-2214 |
|   | Tel: 650.833.2000 |
| 7 | Fax: 650.833.2001 |
| 8 | Attorneys for Defendants & Counterclaimants |
|   | DIGITAL INSIGHT CORPORATION d/b/a |
| 9 | INTUIT FINANCIAL SERVICES, COMMUNITY |
|   | TRUST BANK, MOBILE MONEY VENTURES, |
| 10 | LLC, MERITRUST CREDIT UNION, |
|   | PROFESSIONAL FEDERAL CREDIT UNION, |
| 11 | SANFORD INSTITUTION FOR SAVINGS, FORT |
|   | WORTH COMMUNITY CREDIT UNION, USE |
| 12 | CREDIT UNION, GATE CITY BANK, BUSEY |
|   | BANK, DENSION STATE BANK, FIDELITY |
| 13 | BANK, FIRST INTERNET BANK OF INDIANA |
|   | VISION BANK |
| 14 | |
|   | RODGER R. COLE, Bar No. 178865 |
| 15 | rcole@fenwick.com |
|   | HEATHER N. MEWES, Bar No. 203690 |
| 16 | hmewes@fenwick.com |
|   | SONGMEE L. CONNOLLY, Bar No. 228555 |
| 17 | sconnolly@fenwick.com |
|   | FENWICK & WEST LLP |
| 18 | Silicon Valley Center |
|   | 801 California Street |
| 19 | Mountain View, CA  94041 |
|   | Telephone: 650.988.8500 |
| 20 | Facsimile: 650.938.5200 |
| 21 | Attorneys for Defendant and Counterclaimant |
|   | DIGITAL INSIGHT CORPORATION |

# EXHIBIT 1 OF BUCKNER DECLARATION

# SUBMITTED UNDER SEAL

# EXHIBIT 2 OF BUCKNER DECLARATION

# SUBMITTED UNDER SEAL

# EXHIBIT 3 OF BUCKNER DECLARATION

# SUBMITTED UNDER SEAL

# EXHIBIT 4 OF BUCKNER DECLARATION

# SUBMITTED UNDER SEAL