JAMES C. OTTESON, State Bar No. 157781
jim@agilityiplaw.com
Xiang Long, State Bar No. 246629
longxiang@agilityiplaw.com
AGILITY IP LAW
303 Almaden Blvd., Suite 500
San Jose, CA 95110
Telephone: (408) 291-2750
Facsimile: (408) 297-6000

DANIEL J. BERGESON, State Bar No. 105439
dbergeson@be-law.com
MELINDA M. MORTON, State Bar No. 209373
mmorton@be-law.com
BERGESON, LLP
303 Almaden Blvd., Suite 500
San Jose, CA 95110
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

Attorneys for Plaintiff
MSHIFT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MSHIFT, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>DIGITAL INSIGHT CORPORATION, d/b/a INTUIT FINANCIAL SERVICES, *et al.*,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | CASE NO.: C10-00710 (WHA)<br><br>**DECLARATION OF JAMES OTTESON IN SUPPORT OF MSHIFT'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT**<br><br>Date:     September 2, 2010<br>Time:    8:00        a.m.<br>Courtroom  9<br>Judge:    Hon. William H. Alsup<br><br>Complaint Filed: February 19, 2010<br>Trial Date:    May 23, 2011 |

**PUBLIC REDACTED VERSION**
**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

**FILED UNDER SEAL PURSUANT TO MOTION TO FILE UNDER SEAL**

I, James C. Otteson, declare:

1. I am the founder and lead attorney of Agility IP Law in San Jose, California, counsel for plaintiff MShift, Inc. I have personal knowledge of the facts set forth in this declaration, and could and would competently testify thereto under oath if called as a witness.

2. Attached hereto as <u>Exhibit 1</u> are true and correct copies of excerpts from the deposition of Rathin Guha, dated June 29, 2010.

3. Attached hereto as <u>Exhibit 2</u> are true and correct copies of excerpts from the deposition of Jin Lee, dated July 8, 2010.

4. Attached hereto as <u>Exhibit 3</u> are true and correct copies of excerpts from the deposition of Peter Buckner, dated July 6, 2010.

5. Attached hereto as <u>Exhibit 4</u> are true and correct copies of excerpts from the deposition of Christine Kwon, dated July 22, 2010.

6. Attached hereto as <u>Exhibit 5</u> are true and correct copies of excerpts from the deposition of Jaehong Choi, dated July 22, 2010.

7. Attached hereto as <u>Exhibit 6</u> is a true and correct copy of U.S Patent No. 6,950,881 ("the '881 patent"), which was marked as Exhibit 1 in the deposition of Rathin Guha.

8. Attached hereto as <u>Exhibit 7</u> is a true and correct copy of a document entitled Mobile Money Platform, labeled MS0000424-MS0000428, which was marked as Exhibit 2 in the deposition of Rathin Guha.

9. Attached hereto as <u>Exhibit 8</u> is a true and correct copy of a document entitled Introduction to xMAS, Extensible Mobile Application Server, labeled SKCC 00468-SKCC 00484, which was marked as Exhibit 51 in the deposition of Jaehong Choi.

10. Attached hereto as <u>Exhibit 9</u> is a true and correct copy of a document entitled Overview, which was marked as Exhibit 42 in the deposition of Jin Lee.

11. Attached hereto as <u>Exhibit 10</u> is a true and correct copy of a document entitled Developer Guide, labeled MMV0003708-MMV0003794, which was marked as Exhibit 41 in the deposition of Jin Lee.

12. Attached hereto as <u>Exhibit 11</u> is a true and correct copy of a document entitled SDL Reference, labeled MMV0003823-MMV0003875, which was marked as Exhibit 43 in the deposition of Jin Lee.

13. Attached hereto as <u>Exhibit 12</u> is a true and correct copy of a document entitled MMV Introduction Architecture, labeled MMV0003060-MMV0003066, which was marked as Exhibit 3 in the deposition of Rathin Guha.

14. Attached hereto as <u>Exhibit 13</u> is a true and correct copy of a document entitled DI Mobile Web Application Architecture, labeled SKCC 00423, which was marked as Exhibit 49 in the deposition of Jaehong Choi.

15. Attached hereto as <u>Exhibit 14</u> is a true and correct copy of a document entitled Developer Guide, labeled SKCC 00001-SKCC 00087, which was marked as Exhibit 52 in the deposition of Jaehong Choi.

16. Attached hereto as <u>Exhibit 15</u> is a true and correct copy of a document entitled WCML Reference, labeled MMV0003876-MMV0003896, which was marked as Exhibit 44 in the deposition of Jin Lee.

17. Attached hereto as <u>Exhibit 16</u> is a true and correct copy of a source code print-out (that I printed) from the "Make Payments" page of the USE Credit Union online banking site (maintained by DI).

18. Attached hereto as <u>Exhibit 17</u> is a true and correct copy of a source code document from a file named [REDACTED] which was marked as Exhibit 53 in the deposition of Jaehong Choi.

19. Attached hereto as <u>Exhibit 18</u> is a true and correct copy of a source code document from a file named [REDACTED], which was marked as Exhibit 54 in the deposition of Jaehong Choi.

20. Attached hereto as <u>Exhibit 19</u> is a true and correct copy of a source code document from a file named [REDACTED] which was marked as Exhibit 55 in the deposition of Jaehong Choi.

21. Attached hereto as <u>Exhibit 20</u> is a true and correct copy of a source code

document from a file named ███████ which was marked as Exhibit 56 in the deposition of Jaehong Choi.

22. Attached hereto as Exhibit 21 is a true and correct copy of a source code document from a file named ███████, which was marked as Exhibit 57 in the deposition of Jaehong Choi.

23. Attached hereto as Exhibit 22 is a true and correct copy of a source code document from a file named ███████ which was marked as Exhibit 58 in the deposition of Jaehong Choi.

24. Attached hereto as Exhibit 23 is a true and correct copy of a source code document from a file named ███████ which was marked as Exhibit 59 in the deposition of Jaehong Choi.

25. Attached hereto as Exhibit 24 is a true and correct copy of a source code document from a file named ███████, which was marked as Exhibit 60 in the deposition of Jaehong Choi.

26. Attached hereto as Exhibit 25 is a true and correct copy of a document that shows a screen shot from the DI Internet Banking site for a customer of USE Credit Union (on the first page), and screen shots from the corresponding mobile banking version for the same account (on pages 2 and 3). This document was marked as Exhibit 50 in the deposition of Jaehong Choi.

27. Attached hereto as Exhibit 26 is a true and correct copy of a document labeled MMV0000296-MMV0000312, which was marked as Exhibit 5 in the deposition of Rathin Guha.

28. Attached hereto as Exhibit 27 is a true and correct copy of a document entitled Mobile Banking UI Style Guide, labeled MMV0000313-MMV0000323, which was marked as Exhibit 19 in the deposition of Peter Buckner.

29. Attached hereto as Exhibit 28 is a true and correct copy of a document entitled Functional Specification Digital Insight for Mobile Banking, labeled MMV0000217-MMV0000295, which was marked as Exhibit 23 in the deposition of Peter Buckner.

30. Attached hereto as Exhibit 29 is a true and correct copy of a document entitled MMV Mobile Banking Product Requirements Document (PRD), labeled MMV0001581-

1  MMV0001655, which was marked as Exhibit 4 in the deposition of Rathin Guha.

2      I declare under penalty of perjury under the laws of the United States of America that the

3  foregoing is true and correct.

4      Executed this 6th day of August, 2010 in San Jose, California.

                                                     /s/ James C. Otteson
                                                      James C. Otteson