**United States District Court**
For the Northern District of California

1
2
3
4
5
6          IN THE UNITED STATES DISTRICT COURT
7
8          FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10

| | |
|---|---|
| MSHIFT, INC., a Delaware corporation, | No. C 10-00710 WHA |
| Plaintiff, | |
| v. | |
| DIGITAL INSIGHT CORPORATION, d/b/a INTUIT FINANCIAL SERVICES, a Delaware corporation, COMMUNITY TRUST BANK, a Louisiana corporation, MOBILE MONEY VENTURES, LLC, a Delaware Limited Liability corporation, MERITRUST CREDIT UNION, a Kansas corporation, PROFESSIONAL FEDERAL CREDIT UNION, an Indiana corporation, SANFORD INSTITUTION FOR SAVINGS, a Maine corporation, FORT WORTH COMMUNITY CREDIT UNION, a Texas corporation, USE CREDIT UNION, a California corporation, GATE CITY BANK, A Minnesota corporation, BUSEY BANK, an Illinois corporation, DENSION STATE BANK, a Kansas corporation, FIDELITY BANK, a Massachusetts corporation, FIRST INTERNET BANK OF INDIANA, an Indiana corporation, and VISION BANK, a Florida corporation, | **ORDER REGARDING COUNTERCLAIM FOR DECLARATORY JUDGMENT OF PATENT INVALIDITY** |
| Defendants, | |
| and SK C&C CO. LTD., | |
| Defendant-Intervenor. | |
| AND RELATED COUNTERCLAIMS. | |

Both sides shall advise the Court **BY NOON ON FRIDAY, OCTOBER 8, 2010**, whether, in the event that defendants' motion for summary judgment of non-infringement is granted, defendants' counterclaim for declaratory judgment of patent invalidity will fall away.

**IT IS SO ORDERED.**

Dated: October 7, 2010.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2