United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MSHIFT, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>DIGITAL INSIGHT CORPORATION, a Delaware corporation, COMMUNITY TRUST FINANCIAL CORPORATION, a Louisiana corporation, and COMMUNITY TRUST BANK, a Louisiana corporation, MOBILE MONEY VENTURES, LLC, a Delaware Limited Liability corporation, MERITRUST CREDIT UNION, a Kansas corporation, PROFESSIONAL FEDERAL CREDIT UNION, an Indiana corporation, SANFORD INSTITUTION FOR SAVINGS, a Maine corporation, FORT WORTH COMMUNITY CREDIT UNION, a Texas corporation, USE CREDIT UNION, a California corporation, GATE CITY BANK, A Minnesota corporation, BUSEY BANK, an Illinois corporation, DENSION STATE BANK, a Kansas corporation, FIDELITY BANK, a Massachusetts corporation, FIRST INTERNET BANK OF INDIANA, an Indiana corporation, and VISION BANK, a Florida corporation,<br><br>    Defendants.<br>_____/<br>AND RELATED COUNTERCLAIMS.<br>_____/ | No. C 10-00710 WHA<br><br>**ORDER STRIKING AS NON-RESPONSIVE AND UNTIMELY ALL ARGUMENTS MADE BY PLAINTIFF MSHIFT, INC. IN RESPONSE TO THE OCTOBER 7 ORDER** |

On October 7, 2010, the undersigned judge issued a one-sentence order asking the parties "whether, in the event that defendants' motion for summary judgment of non-infringement is granted, defendants' counterclaim for declaratory judgment of patent invalidity will fall away."

Despite being asked this simple and direct question based upon *hypothetical* circumstances, plaintiff MShift, Inc. inexplicably filed a seven-page response wherein it completely reargued the merits of its opposition to defendants' summary judgment motion, citing to numerous depositions and declarations and raising arguments that had not been presented in the briefs already submitted. This was improper. Plaintiff was *not* invited to reargue the merits of the pending summary judgment motion. All of these arguments will therefore be disregarded and **STRICKEN** in their entirety as both untimely and non-responsive to the Court's October 7 order. None of these arguments shall be considered as part of the summary judgment record.

**IT IS SO ORDERED.**

Dated: October 8, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE