**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7               IN THE UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10

MSHIFT, INC., a Delaware corporation,

11

            Plaintiff,

12

    v.                                              No. C 10-00710 WHA

13

DIGITAL INSIGHT CORPORATION, a Delaware

14  corporation, COMMUNITY TRUST FINANCIAL
    CORPORATION, a Louisiana corporation, and

15  COMMUNITY TRUST BANK, a Louisiana corporation,
    MOBILE MONEY VENTURES, LLC, a Delaware          **ORDER DISMISSING**

16  Limited Liability corporation, MERITRUST CREDIT  **WITHOUT PREJUDICE**
    UNION, a Kansas corporation, PROFESSIONAL        **AND REMITTING ALL**

17  FEDERAL CREDIT UNION, an Indiana corporation,    **REMAINING STATE**
    SANFORD INSTITUTION FOR SAVINGS, a Maine         **LAW CLAIMS TO**

18  corporation, FORT WORTH COMMUNITY CREDIT         **STATE COURT**
    UNION, a Texas corporation, USE CREDIT UNION, a

19  California corporation, GATE CITY BANK, A
    Minnesota corporation, BUSEY BANK, an Illinois

20  corporation, DENSION STATE BANK, a Kansas
    corporation, FIDELITY BANK, a Massachusetts

21  corporation, FIRST INTERNET BANK OF INDIANA,
    an Indiana corporation, and VISION BANK, a Florida

22  corporation,

23          Defendants,

24  and SK C&C CO., LTD.,

25          Defendant-Intervenor.
                                                /

26
    AND RELATED COUNTERCLAIMS AND

27  COUNTERCLAIMS-IN-REPLY.
                                                /

28

United States District Court

For the Northern District of California

1   The undersigned judge has reviewed the parties' responses to the order to show cause why

2   the remaining state law claims should not be dismissed without prejudice and remitted to state

3   court.  Both sides agree that the undersigned judge has discretion to remit the remaining claims to

4   state court pursuant to 28 U.S.C. 1367(c)(3) now that all federal claims and counterclaims have

5   been either resolved or dismissed.  The only argument presented by plaintiff to exercise

6   supplemental jurisdiction is that some of the state claims might potentially require resolution of a

7   substantial question of federal patent law.  The presence of underlying federal issues or

8   affirmative defenses arising under federal law, however, are insufficient to grant original federal

9   jurisdiction.  Given the early resolution of the federal claims in this dispute, the undersigned

10   judge declines to exercise supplemental jurisdiction over the remaining state claims.

11   Accordingly, all remaining state law claims, counterclaims, and counterclaims-in-reply in

12   this action are hereby **DISMISSED** without prejudice and **REMITTED** to state court.  Judgment will

13   be entered accordingly.

14

15   **IT IS SO ORDERED.**

16

17   Dated:  October 18, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28