**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MSHIFT, INC., a Delaware corporation, | No. C 10-00710 WHA |
| Plaintiff, | |
| v. | **JUDGMENT** |
| DIGITAL INSIGHT CORPORATION, a Delaware corporation, COMMUNITY TRUST FINANCIAL CORPORATION, a Louisiana corporation, and COMMUNITY TRUST BANK, a Louisiana corporation, MOBILE MONEY VENTURES, LLC, a Delaware Limited Liability corporation, MERITRUST CREDIT UNION, a Kansas corporation, PROFESSIONAL FEDERAL CREDIT UNION, an Indiana corporation, SANFORD INSTITUTION FOR SAVINGS, a Maine corporation, FORT WORTH COMMUNITY CREDIT UNION, a Texas corporation, USE CREDIT UNION, a California corporation, GATE CITY BANK, A Minnesota corporation, BUSEY BANK, an Illinois corporation, DENSION STATE BANK, a Kansas corporation, FIDELITY BANK, a Massachusetts corporation, FIRST INTERNET BANK OF INDIANA, an Indiana corporation, and VISION BANK, a Florida corporation, | |
| Defendants, | |
| and SK C&C CO., LTD., | |
| Defendant-Intervenor. / | |
| AND RELATED COUNTERCLAIMS AND COUNTERCLAIMS-IN-REPLY. / | |

For the reasons stated in the accompanying order granting defendants' motion for summary judgment of non-infringement and remitting all remaining state law claims to state court, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants and against plaintiff. **THE CLERK SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: October 18, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2