ANDREW VALENTINE, Bar No. 162094
andrew.valentine@dlapiper.com
BRENT YAMASHITA, Bar No. 206890
brent.yamashita@dlapiper.com
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA  94303-2214
Tel:  650.833.2000
Fax:  650.833.2001

Attorneys for All Defendants and Counterclaimants

[Names of Represented Parties & Additional Counsel Listed on Signature Block]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MSHIFT, INC., a Delaware Corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DIGITAL INSIGHT CORPORATION d/b/a INTUIT FINANCIAL SERVICES, a Delaware corporation et al.,<br><br>　　　　Defendants. | CASE NO.  C10-00710 (WHA)<br><br>**STIPULATION AND ORDER RE DEFENDANTS' BILL OF COSTS** |
| AND RELATED COUNTERCLAIMS | |

1    Pursuant to Civil Local Rule 7-12, IT IS HEREBY STIPULATED by and between
2    plaintiff MShift, Inc. ("MShift") and Defendants and Counterclaimants Digital Insight
3    Corporation d/b/a Intuit Financial Services ("DI"), Mobile Money Ventures, LLC ("MMV"),
4    Community Trust Bank, Vision Bank, Meritrust Credit Union, Professional Federal Credit Union,
5    Sanford Institution for Savings, Fort Worth Community Credit Union, USE Credit Union, Gate
6    City Bank, Busey Bank, Denison State Bank, Fidelity Bank and First Internet Bank of Indiana
7    (collectively, "Defendants"), by and through their counsel of record, as follows:

8    WHEREAS, the Court entered final judgment in this action against MShift on October,
9    18, 2010;

10   WHEREAS, on November 1, 2010, Defendants filed and served their Bill of Costs and
11   supporting declarations of Andrew Valentine and Rodger Cole in accordance with the Federal
12   Rules of Civil Procedure and Local Rule 54-1;

13   WHEREAS, on November 10, 2010, counsel for MShift sent an e-mail to counsel for
14   Defendants requesting a meet and confer regarding Defendants' Bill of Costs;

15   WHEREAS, on November 11, 2010, counsel for MShift and counsel for Defendants met
16   and conferred in good faith regarding Defendants' Bill of Costs;

17   WHEREAS, in the interest of avoiding unnecessary motion practice, the parties agreed to
18   a reduction of the total amount of Defendants' Bill of Costs as detailed below;

19   WHEREAS, the parties agree that this Stipulation does not affect Mshift's ability to seek a
20   stay of the judgment from the Court;

21   The parties hereby STIPULATE to the following modifications of Defendants' Bill of
22   Costs and request that the Clerk make his or her assessment based upon these stipulated costs:

23   • The costs incurred by DLA Piper LLP (US) on behalf of Defendants is reduced
24     from $30,572.73 to $27,500;

25   • The costs incurred by Fenwick & West LLP on behalf of Digital Insight is reduced
26     from $24,630.87.61 to $19,000; and

27   Accordingly, the total costs incurred by Defendants as detailed in Defendants' Bill of
28   Costs is reduced from $55,203.60 to $46,500.

SO STIPULATED.

Date: November 15, 2010         BERGESON, LLP


                                By: /s/ Melinda Morton
                                    Melinda M. Morton

                                Attorneys for Plaintiff, Counter-Defendant, and
                                Counter-Claimant MSHIFT, INC.


Date: November 15, 2010         DLA PIPER LLP


                                By: /s/ Andrew P. Valentine
                                    Andrew P. Valentine

                                Attorneys for Certain Defendants and
                                Counterclaimants, DIGITAL INSIGHT
                                CORPORATION and MMV, et al.


Date: November 15, 2010         DLA PIPER LLP


                                By: /s/ Rodger Cole
                                    Rodger Cole

                                Attorneys for Certain Defendant and
                                Counterclaimant DIGITAL INSIGHT
                                CORPORATION

**ORDER**

GOOD CAUSE APPEARING, it is hereby ORDERED as follows:

The Court adopts the Stipulation agreed to between the parties with respect to Defendants' Bill of Costs, including the following modifications:

1. The costs incurred by DLA Piper LLP (US) on behalf of Defendants is reduced from $30,572.73 to $27,500;

2. The costs incurred by Fenwick & West LLP on behalf of Digital Insight is reduced from $24,630.87.61 to $19,000; and

3. The total costs incurred by Defendants as detailed in Defendants' Bill of Costs is reduced from $55,203.60 to $46,500.

The Clerk of the Court will make its assessment of taxable costs using the revised total amount of $46,500.

IT IS SO ORDERED.

DATED: November 18, 2010.

_____
The Honorable William Alsup
United States District Court Judge

List of Counsel Submitting Stipulation:

ANDREW VALENTINE, Bar No. 162094
andrew.valentine@dlapiper.com
BRENT YAMASHITA, Bar No. 206890
brent.yamashita@dlapiper.com
ERIK R. FUEHRER, Bar No. 252578
erik.fuehrer@dlapiper.com
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA  94303-2214
Tel:  650.833.2000
Fax:  650.833.2001

Attorneys for Defendants & Counterclaimants
DIGITAL INSIGHT CORPORATION d/b/a
INTUIT FINANCIAL SERVICES, COMMUNITY
TRUST BANK, MOBILE MONEY VENTURES,
LLC, MERITRUST CREDIT UNION,
PROFESSIONAL FEDERAL CREDIT UNION,
SANFORD INSTITUTION FOR SAVINGS, FORT
WORTH COMMUNITY CREDIT UNION, USE
CREDIT UNION, GATE CITY BANK, BUSEY
BANK, DENISON STATE BANK, FIDELITY
BANK, FIRST INTERNET BANK OF INDIANA
VISION BANK

RODGER R. COLE, Bar No. 178865
rcole@fenwick.com
HEATHER N. MEWES, Bar No. 203690
hmewes@fenwick.com
SONGMEE L. CONNOLLY, Bar No. 228555
sconnolly@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:  650.988.8500
Facsimile:  650.938.5200

Attorneys for Defendant and Counterclaimant
DIGITAL INSIGHT CORPORATION d/b/a
INTUIT FINANCIAL SERVICES

**ATTESTATION CLAUSE**

In accordance with General Order No. 45, Rule X.B, I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Date:  November 15, 2010        DLA PIPER LLP


                                By:  /s/ Erik R. Fuehrer
                                     Erik R. Fuehrer